# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1739

_____

KENTA HILL,

Petitioner,

v.

RICKY D. DIXON, Sec'y, Florida
Department of Corrections,

Respondent.

_____

Petition for Writ of Certiorari —Original Jurisdiction.

February 12, 2025

PER CURIAM.

DISMISSED. *See Brothers v. McNeil*, 1 So. 3d 378 (Fla. 1st DCA 2009) ("Because official records indicate that Mr. Brothers was released from prison during the pendency of this proceeding, the proceeding is moot.").

LEWIS, BILBREY, and WINOKUR, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————


Kenta Hill, pro se, Petitioner.

Attorney General, Tallahassee, for Respondent.